UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

USAA Casualty Insurance Company,

    Plaintiff,

    v.                                      Civil Action No. 2:20-cv-194

Mt. Mansfield Chimney Services, Inc.,

    Defendant.

## **ORDER**

    On or before April 1, 2021, Defendant shall return executed its Magistrate Judge Assignment Form in accordance with Local Rule 73(c) and shall also file its Corporate Disclosure Statement(s) pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.1.

    Dated at Burlington, in the District of Vermont, this 11th day of March 2021.

                                                                /s/ John M. Conroy
                                                                 John M. Conroy
                                                                 United States Magistrate Judge